**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Griselda C. Mendez** | Social Security number or ITIN **xxx–xx–6556** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **Northern District of Illinois**

Case number: **19–05528**

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Griselda C. Mendez

June 10, 2019

**For the court:** Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                          United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                          Case No. 19-05528-JSB
Griselda C. Mendez                                              Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1        User: admin             Page 1 of 1           Date Rcvd: Jun 10, 2019
                            Form ID: 318            Total Noticed: 17


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 12, 2019.
db           +Griselda C. Mendez,   647 W. Downer Pl., Apt. 2,   Aurora, IL 60506-5001
27599171     +Bank of Missouri,   5109 S. Broadband Lane,   Sioux Falls, SD 57108-2208
27599177     +Continental Finance Company,   4550 New Linden Hill Rd., Ste. 400,   Wilmington, DE 19808-2952
27599183     +The Bank of Missouri/Milstone,   PO Box 4499,   Beaverton, OR 97076-4499

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           +EDI: QGBKROL.COM Jun 11 2019 05:18:00      Gina B Krol,   Cohen & Krol,
               105 West Madison St Ste 1100,   Chicago, IL 60602-4600
27683271     +EDI: ATLASACQU.COM Jun 11 2019 05:18:00      Atlas Acquisitions LLC,   294 Union St.,
               Hackensack, NJ 07601-4303
27599173     +EDI: WFNNB.COM Jun 11 2019 05:18:00      CB/Carsons,   PO Box 182789,   Columbus, OH 43218-2789
27599174      EDI: WFNNB.COM Jun 11 2019 05:18:00      CB/Room Place,   PO Box 182121,
               Columbus, OH 43218-2121
27599175      EDI: WFNNB.COM Jun 11 2019 05:18:00      CB/Roomplace,   PO Box 182789,
               Columbus, OH 43218-2789
27599172     +EDI: CAPITALONE.COM Jun 11 2019 05:18:00      Capital One Bank USA NA,   10700 Capital One Way,
               Richmond, VA 23060-9243
27599176     +EDI: WFNNB.COM Jun 11 2019 05:18:00      Comenity Bank/Carsons,   3100 Easton Square Pl.,
               Columbus, OH 43219-6232
27599178      EDI: RCSFNBMARIN.COM Jun 11 2019 05:18:00      Credit One Bank,   PO Box 98872,
               Las Vegas, NV 89193-8872
27599179     +EDI: AMINFOFP.COM Jun 11 2019 05:18:00      First Premier Bank,   3820 N. Louise Ave.,
               Sioux Falls, SD 57107-0145
27599180     +EDI: AMINFOFP.COM Jun 11 2019 05:18:00      First Premier Bank,   Bankruptcy Department,
               PO Box 5523,   Sioux Falls, SD 57117-5523
27599181      E-mail/Text: bncnotices@becket-lee.com Jun 11 2019 01:42:12      Kohl/Capital One,   PO Box 3115,
               Milwaukee, WI 53201-3115
27599182      EDI: MERRICKBANK.COM Jun 11 2019 05:18:00      Merrick Bank Corp.,   PO Box 9201,
               Old Bethpage, NY 11804-9001
27599184     +EDI: BLUESTEM Jun 11 2019 05:19:00      WEBBANK/FINGERHUT,   6250 Ridgewood Rd.,
               Saint Cloud, MN 56303-0820
                                                                                               TOTAL: 13

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 10, 2019 at the address(es) listed below:
              David M Siegel    on behalf of Debtor 1 Griselda C. Mendez davidsiegelbk@gmail.com,
               R41057@notify.bestcase.com;johnellmannlaw@gmail.com
              Gina B Krol    gkrol@cohenandkrol.com,
               gkrol@ecf.axosfs.com;gkrol@cohenandkrol.com;acartwright@cohenandkrol.com;jneiman@cohenandkrol.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 3
```